# Court of Appeals
# of the State of Georgia

ATLANTA,___June 16, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0383. SIDNEY N. TRIPP, JR., et al. v. CITY OF GREENSBORO, GEORGIA, et al.**

Sidney N. Tripp, Jr., and Lillie R. Tripp seek discretionary review of the trial court's order denying their petition for mandamus filed pursuant to OCGA § 9-6-20, which requested that the court order the City of Greensboro, Georgia, to issue them conditional use permits for their personal care homes. The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). See also *City of Alpharetta v. Estate of C. R. Sims*, 272 Ga. 680 (533 SE2d 692) (2000) (trial court's grant of mandamus reversed where there was evidence to support the city's denial of a request for a conditional use permit). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___06/16/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*